IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                   Case No.   3:18cr97

NATHAN LEE JARVIS,          JUDGE WALTER H. RICE

    Defendant.

_____

ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE
_____

It is the order of this Court that Defendant be furloughed from the Montgomery County Jail at 9:00 a.m. on Thursday, June 11, 2020 to be picked up by his cousins, Stephanie and Charlie Swango, whose phone numbers are 937-397-5506 and 937-409-2360, respectively. Defendant is to be taken directly to his appointment which is scheduled for 9:30 a.m. on June 11, 2020 at Bloom Family Eye Surgeons, One Children's Place, Dayton, Ohio 45404.

Defendant is to be immediately returned to the Montgomery County Jail after his appointment, not later than 12:00 p.m. on June 11, 2020. It is the request of this Court that the personnel at the Montgomery County Jail do all in their power to facilitate the carrying out of this Order.

June 10, 2020                                                        (tp - per Judge Rice authorization after his review)

                                                      WALTER H. RICE
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Montgomery County Jail